1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12
                              ) Case No. **2:12-cv-00079-MCE-KJN**
13  Scott N. Johnson          )
                              )
14          Plaintiff;         )
                              )
15      vs.                   ) **ORDER RE: REQUEST FOR DISMISSAL**
                              )
16  Johnny Fung, et al,       ) **Dismissal of Defendant Gerry**
                              ) **Carbajal With Prejudice**
17          Defendants.        )
                              )
18  _____) Case to Remain Open as to
                              ) Remaining Defendants
19

20

21      In accordance with Plaintiff's request under Federal

22  Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT

23  Defendant, Gerry Carbajal, is hereby dismissed With

24  Prejudice.  This case is to remain open as to the remaining

25  Defendants.

26  DATED:  April 6, 2012

27                           _____
                             MORRISON C. ENGLAND, JR.
28                           UNITED STATES DISTRICT JUDGE

                    ORDER RE REQUEST FOR DISMISSAL
                    CIV: S-12-00079-MCE-KJN- 1