Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Johnny Fung, et al,<br><br>         Defendants. | Case No. **2:12-cv-00079-MCE-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

   IT IS SO ORDERED THAT the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).  The Clerk of Court is directed to close the file.

DATE:  April 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE